**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN (Bay City)**

In re:  Chapter 13 No. 22-20269-dob
Larry Philip Brown
                Debtor.  Hon. Daniel S. Opperman.BayCity
_____/

Attached is the Statement of Corporate Ownership for the above referenced case.

Trott# 485012B05

/s/ Scott A. Gies
Scott A. Gies (P56346)
Heather Burnard (P66321)
Crystal L. Price (P69921)
Attorney for Freedom Mortgage Corporation
31440 Northwestern Hwy Ste. 145
Farmington Hills, MI 48334-5422
248.642.2515
Email: EasternECF@trottlaw.com

**TROTT LAW, P.C.**
31440 NORTHWESTERN HIGHWAY, SUITE 145
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

STATEMENT REGARDING OWNERSHIP OF FREEDOM MORTGAGE CORPORATION

☐ The following entities directly or indirectly own 10% or more of any class of the corporation's equity interest:

Name: _____
Address: _____

Name: _____
Address: _____

Name: _____
Address: _____

☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dated: 11/23/21

_____
Signature of Authorized Individual

MARIA McDevitt
Print Name

Bankruptcy Supervisor
Title